UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Alberto Contreras, et al., individually, and on behalf of a class of others similarly situated, | Civil No. 07-3087 (PAM/JSM) |
| Plaintiffs, | |
| v. | **AMENDED ORDER OF DISMISSAL** |
| PM Beef Holdings, LLC, | |
| Defendant. | |

On February 22, 2008, the Court ordered that this matter was dismissed without prejudice and that the Court would retain jurisdiction for sixty (60) days. The Court has been advised that settlement negotiations are ongoing such that the Court should retain jurisdiction for another thirty (30) days. Accordingly, **IT IS HEREBY ORDERED THAT** the Court will retain jurisdiction in this matter until May 22, 2008, to permit any party to reopen the action, for good cause shown or to submit and file a stipulated form of final judgment.

Dated: April 4, 2008

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge